UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

      Plaintiff,

  v.

**Ethan G. Conrad**; and Does 1-10,

      Defendants

Case No. 2:14-CV-02951-KJM-KJN

**ORDER ON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE**

Having read the foregoing stipulation, and good cause appearing, the settlement conference previously scheduled for March 31, 2015, at 9:00 a.m., is hereby continued to May 22, 2015, at 9:00 a.m., before Magistrate Judge Kendall J. Newman.

Dated: March 26, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1

Order